# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEFF D. FREEMAN                                                                                    PLAINTIFF

V.                            CASE NO. 3:14-CV-207 DPM/BD

CRAIGHEAD COUNTY JAIL, et al.                                                         DEFENDANTS

## ORDER

In his complaint, Mr. Freeman alleges that he was assaulted by another inmate while housed at the Craighead County Jail. The complaint clearly stated a claim that Defendant Moyer failed to provide Mr. Freeman with appropriate medical treatment after the incident. Even though the complaint appeared to have a missing page, it adequately stated a deliberate-indifference claim based on the allegation that Defendant Moyer left Mr. Freeman in the cell with his alleged assailants after the assault.

It was not clear from the allegations in the complaint whether Mr. Freeman also intended to state a failure-to-protect claim based on circumstances surrounding the assault. Thus, the Court granted Mr. Freeman thirty days to amend his complaint to supply facts to support a deliberate-indifference claim.

More than thirty days have passed, and Mr. Freeman has not filed an amended complaint. Accordingly, Mr. Freeman may proceed on his claim that Defendant Moyer acted with deliberate indifference to his medical needs. In addition, Mr. Freeman may proceed on his claim that Defendant Moyer acted with deliberate indifference to his health and safety following the incident in question.

The Clerk of the Court is directed to prepare a summons for Defendant Moyer; and the United States Marshal is directed to serve copies of the complaint (docket entry #1), along with any attachments and a summons for this Defendant.  Service for Defendant Moyer should be through the Craighead County Jail, 901 Willett Road, Jonesboro, Arkansas 72401, without prepayment for costs and fees or posting security.

Mr. Freeman's claims against the Craighead County Jail will be addressed in a separate recommendation.

IT IS SO ORDERED, this 21st day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE