IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFF D. FREEMAN                                                                                    PLAINTIFF

v.                                        No. 3:14-cv-207-DPM-BD

CRAIGHEAD COUNTY JAIL and
MOYER, Officer                                                                                   DEFENDANTS

ORDER

Unopposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Craighead County Jail is dismissed as a defendant with prejudice. To the extent Freeman asserts that Moyer failed to protect him from an inmate assault, that claim is dismissed without prejudice based on lack of supporting facts.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2014