**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEFF D. FREEMAN**                                                                              **PLAINTIFF**

V.                          **CASE NO. 3:14-CV-207 DPM/BD**

**CRAIGHEAD COUNTY JAIL, et al.**                                           **DEFENDANTS**

## ORDER

Defendant Moyer, the only remaining defendant, has moved for summary judgment on all claims against him.  Mr. Freeman now has an opportunity to file a response opposing the motion.  To be considered, the response must be filed within fourteen (14) days of this Order.

In opposing the motion for summary judgment, Mr. Freeman may attach affidavits that he or others have signed.  Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746).  Unsworn statements will not be considered in deciding the motion for summary judgment.  And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Mr. Freeman files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial.  See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.  While Mr. Freeman is not required to file a response to Defendant Moyer's motion for

summary judgment, if he does not respond, the Court can assume that the facts set out in Defendant Moyer's Statement of Facts (#17) are true.

    IT IS SO ORDERED, this 1st day of July, 2015.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE