IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFF D. FREEMAN                                                                                   PLAINTIFF

V.                             CASE NO. 3:14-CV-207 DPM/BD

CRAIGHEAD COUNTY JAIL, et al.                                                      DEFENDANTS

RECOMMENDED DISPOSITION

I.      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.     **Discussion:**

On August 25, 2014, Jeff D. Freeman, then an inmate at the Craighead County Detention Facility ("Detention Facility"), filed this civil rights lawsuit pro se.  (Docket entry #2)  The Court permitted Mr. Freeman to proceed *in forma pauperis* ("IFP") on two claims against Defendant Moyer and ordered service of process.  (#7)  Defendant Moyer has now moved for summary judgment.  (#15)  That motion remains pending.

Meanwhile, Mr. Freeman has apparently been released from the Detention Facility, as evidenced by mail returned to the court with the notation "released."  (#19, #21)  On July 15, 2015, the Court ordered Mr. Freeman to provide his updated address no later than August 14, 2015, and warned him that failing to do so would result in the dismissal of his claims.  (#20)  To date, he has not provided the Court with his current address, and the time allowed for doing so has expired.

### III.    Conclusion:

The Court recommends that Mr. Freeman's claims be DISMISSED, without prejudice, based on his failure to prosecute this lawsuit.  The Defendant's motion for summary judgment (#15) should be DENIED, as moot.

DATED this 18th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE