
# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JEFF D. FREEMAN**             **PLAINTIFF**

v.        No. 3:14-cv-207-DPM

**MOYER, Officer**             **DEFENDANT**

## ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Freeman's claims against Officer Moyer will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Moyer's motion for summary judgment, № 15, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2015