IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFF D. FREEMAN                                                   PLAINTIFF

v.                       No. 3:14-cv-207-DPM

CRAIGHEAD COUNTY JAIL and
MOYER, Officer                                          DEFENDANTS

## JUDGMENT

1. Freeman's claims against Craighead County Jail are dismissed with prejudice.

2. Freemans' failure-to-protect claim against Officer Moyer is dismissed without prejudice for lack of supporting facts.

3. Freeman's remaining claims against Officer Moyer are dismissed without prejudice for failure to prosecute.

                                        */s/ D.P. Marshall Jr.*
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        8 September 2015